**FILED**

09/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0372

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-22-0372

JOHN ARONOW HOAG,

       *Petitioner/Appellant*

v.

DAVY TICHGON HOAG and ANNE HOAG WHEELER, individually and as Trustees of the REGINE ARONOW HOAG LIVING TRUST, KATHERINE M. HOAG, PETER A. HOAG, SUSAN R. WHEELER, MEGAN R.I. WHEELER,

       *Respondents/Appellees*

## ORDER REGARDING MEDIATION

On appeal from the Montana Eleventh Judicial District Court, Flathead County
Cause No. DA-22-0372; Honorable Judge Amy Eddy

*Attorneys for Petitioner/Appellant:*

David B. Cotner
Brian T. Geer
COTNER RYAN LAW, PLLC
2700 Radio Way
Missoula, MT 59808
Telephone: (406) 541-1111
Facsimile: (406) 541-1122
Email: dcotner@cotnerlaw.com
      bgeer@cotnerlaw.com

*Attorneys for Respondents/Appellees:*

Grant S. Snell
Ashley Di Lorenzo
CROWLEY FLECK PLLP
1667 Whitefish Stage Road
P.O. Box 759
Kalispell, MT 59903
Telephone: (406) 752-6644
Facsimile: (406) 752-5108
Email: gsnell@crowleyfleck.com
      adilorenzo@crowleyfleck.com

UPON REVIEW of Appellant's Unopposed Motion for Extension of Time, and good cause appearing;

IT IS HEREBY ORDERED that the deadline to complete mediation under Mont. R. App. P. 7(3) is extended until October 7, 2022.

Dated this _____ day of September, 2022.

_____
Supreme Court Justice

cc:    David B. Cotner/Brian T. Geer
Grant Snell/Ashley DiLorenzo

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2022